**STATEMENT OF FACTS**

Case: 1:23−mj−00092
Assigned To : Harvey, G. Michael
Assign. Date : 5/1/2023
Description: Complaint W/ Arrest Warrant

On Saturday, April 29, 2023 at approximately 5:27 p.m. (ET), officers with the Seventh District Crime Suppression Team of the Metropolitan Police Department were patrolling in the area of the 3000 block of Stanton Road, Southeast, Washington, D.C.

Upon entering the parking lot of the 3000 block of Stanton Road Southeast, officers observed a white 2018 Mercedes crossover with D.C. tag: GL7597 that had an obstructive cover over the license plate parked in front of 3064 Stanton Road, Southeast. The vehicle was running with the lights on, and was parked facing officers where officers could observe front windshield tint on the vehicle.

Officers attempted to initiate a traffic stop and turned on their police vehicle lights, but the Mercedes then pulled out of the parking spot and continued to drive. As the Mercedes was pulling out, Investigator Wilfredo Guzman observed the driver, later identified to be Carlos Anthony Greene (hereinafter the "Defendant"), make a shoving motion as if to conceal an item.

Officers then stepped out of their vehicles and approached the Mercedes from the front driver's window and stopped the Defendant from driving away. Defendant rolled down the driver's side window and Investigator Choi advised Defendant that this was a traffic stop due to tinted windows. At this point, officers observed an infant minor seated in the front passenger seat without a seatbelt and a toddler seated on the top of the middle console unsecured. The Defendant was ordered to step out of the vehicle.

Investigator Guzman conducted a wingspan search within the vehicle and discovered a firearm underneath the driver's side floor mat. Investigator Guzman voiced a predetermined code word for the presence of a firearm and the Defendant was secured in handcuffs.

The firearm was a 9mm Glock Model 17 semi-automatic pistol with an obliterated serial number. The firearm was loaded with one (1) round in the chamber and twenty-seven (27) rounds in a thirty-one (31) capacity magazine. The firearm also had a light attachment and a "glock switch" that can convert the pistol into a machine gun.

There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case traveled in interstate commerce. A criminal history check of the defendant revealed that he was previously convicted on August 12, 2022 of Carrying a Pistol Without a License, a crime punishable by more than one year of imprisonment in D.C. Superior Court Case Number 2020 CF2 007979. At the time of the Defendant's guilty plea in that case, the Defendant was advised that the maximum punishment for the crime of Carrying a Pistol Without a License is greater than one year of imprisonment. Therefore, the Defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____

OFC. WILFREDO GUZMAN, BADGE 3925
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of May, 2023.*

_____

**G. MICHAEL HARVEY**
U.S. MAGISTRATE JUDGE